JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BALBOA CAPITAL CORPORATION, | No. SACV 24-1125 PA (PVCx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| OLEG AZIZOV, | |
| Defendant. | |

In accordance with the Court's Order granting the Motion for Default Judgment filed by plaintiff Balboa Capital Corporation ("Plaintiff") against defendant Oleg Azizov ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall have judgment entered in his favor against Defendant in the amount of $158,619.77 (consisting of $143,508.44 in actual damages, $8,137.17 in prejudgment interest, $6,470.16 in attorneys' fees, and $504.00 in costs); and

2. Plaintiff shall recover from Defendant post-judgment interest on the amount of the Judgment from the date of entry of Judgment until the date the Judgment is paid in full at the statutory rate pursuant to 28 U.S.C. § 1961(a).

DATED: September 17, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE